**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) Chapter 11 |
| | ) |
| | ) Case No. 19-76260-ast |
| | ) Case No. 19-76263-ast |
| In re: | ) Case No. 19-76267-ast |
| | ) Case No. 19-76268-ast |
| Absolut Facilities Management, LLC, *et al.* | ) Case No. 19-76269-ast |
| | ) Case No. 19-76270-ast |
| Debtors.[1] | ) Case No. 19-76271-ast |
| | ) Case No. 19-76272-ast |
| | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER APPROVING THE DEBTORS'**
**PLAN OF CLOSURE FOR ORCHARD PARK FACILITY**

On November 20, 2019, the Court conducted a hearing to consider the Debtors' Motion for

Entry of Order Approving the Debtors' Plan of Closure for Orchard Park Facility (the "**Closure**

**Motion**")[2] filed by the above-captioned debtors (the "**Debtors**").

Therefore, **IT IS HEREBY ORDERED THAT**

1.     The Debtors are authorized to complete implementation of the Closure Plan.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

[2] Capitalized terms used but not defined shall have the meaning ascribed to them in the Closure Motion.

2. This Court shall retain exclusive jurisdiction to hear and decide all disputes related to or arising from the implementation, interpretation, or enforcement of this Order.



**Dated: November 26, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**